# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161254(26)

ANDREW P. CAMPBELL,
     Petitioner-Appellee,

v

MICHIGAN DEPARTMENT OF TREASURY,
     Respondent-Appellant.
_____/

SC: 161254
COA: 350248
Tax Tribunal: 18-004009-TT

     On order of the Chief Justice, the motion of respondent-appellant to extend the time for filing its brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before February 3, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



Clerk